In the Matter of the Estate of JAMES P. SHEDD, Deceased.

(Submitted April 12, 1892; decided May 3, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of June, 1891, which affirmed an order of the surrogate of Chatauqua county, which directed the executor of the estate of James P. Shedd, deceased, to make and file an inventory thereof.

*F. W. Stevens* for appellant.

*Obed Edson* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.